1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10   EDWARD A. YOUNG,

11           Petitioner,               No. CIV S-08-2832 EFB P

12       vs.

13   STATE OF CALIFORNIA,

14           Respondent.               ORDER

15   _____/

16       Petitioner, a prisoner without counsel, has filed a petition for a writ of habeas corpus.

17   *See* 28 U.S.C. § 2254.  On December 3, 2008, the court directed petitioner to submit either the

18   $5.00 filing fee or a form application for leave to proceed *in forma pauperis*.  *See* 28 U.S.C.

19   § 1914(a), 1915(a).  Petitioner has submitted only the first page of the application for leave to

20   proceed *in forma pauperis*.  Thus, he has not complied with the December 3 order.

21       In the interest of justice, petitioner will have one more opportunity to comply with the

22   December 3 order.  Within 30 days from the day this order is served, petitioner may submit

23   either the filing fee or a complete application for leave to proceed *in forma pauperis*.

24   Petitioner's failure to comply with this order will result in this action being dismissed.

25   ////

26   ////

1

1  The Clerk of the Court is directed to mail to petitioner a form application for leave to proceed *in*

2  *forma pauperis*.

3        So ordered.

4  Dated:  December 31, 2008.

                                    EDMUND F. BRENNAN
5                                    UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26