IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD A. YOUNG,

        Petitioner,               No. CIV S-08-2832 EFB P

    vs.

STATE OF CALIFORNIA,

        Respondent.            ORDER

                                /

       Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. Petitioner has paid the filing fee.[1]

       A petitioner seeking a writ of habeas corpus must name as respondent the person having custody over him. 28 U.S.C. § 2242; Rule 2(a), Rules Governing Section 2254 Cases. This person ordinarily is the warden of the facility where petitioner is confined. *See Stanley v. California Supreme Court*, 21 F.3d 359, 360 (9th Cir. 1994). Petitioner names the State of California, which does not have custody over petitioner, as the respondent. Petitioner has not named the proper respondent.

---

[1] Petitioner has also filed two incomplete applications to proceed *in forma pauperis*. Given that petitioner paid the filing fee on January 12, 2009, the court does not address his applications.

1

Accordingly, it is ORDERED that the November 24, 2008, petition is dismissed with leave to file an amended petition naming the proper respondent within 30 days of the date of this order. Petitioner's failure to file an amended petition will result in this action being dismissed without prejudice. The Clerk of the Court is directed to send to petitioner the form Petition for a Writ of Habeas Corpus used in this court.

Dated: March 23, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE